NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

**VANDEWATER INTERNATIONAL INC.,**
*Plaintiff*

**SMITH-COOPER INTERNATIONAL, INC., SIGMA CORPORATION,**
*Plaintiffs-Appellants*

v.

**UNITED STATES,**
*Defendant-Appellee*

**ISLAND INDUSTRIES,**
*Defendant*

2023-1093, 2023-1141

Appeals from the United States Court of International Trade in No. 1:18-cv-00199-LMG, Senior Judge Leo M. Gordon.

**ON MOTION**

Before STOLL, *Circuit Judge*.

**O R D E R**

Upon consideration of the United States' unopposed motion for an enlargement of the word limit in its response brief (to 18,000 words),

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

April 18, 2023
Date

/s/ Peter R. Marksteiner
Peter R. Marksteiner
Clerk of Court