**Case No. 2023-1093, 2023-1141**

**UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT**

VANDEWATER INTERNATIONAL INC.,

*Plaintiff*,

SIGMA CORPORATION, SMITH-COOPER INTERNATIONAL, INC.,

*Plaintiffs-Appellants*,

v.

UNITED STATES,

*Defendant-Appellee,*

ISLAND INDUSTRIES,

*Defendant.*

On Appeal from the United States Court of International Trade
Case No. 1:18-cv-00199, Hon. Leo M. Gordon, Judge

**PLAINTIFF-APPELLANT'S CONSENT MOTION TO
<u>ENLARGE THE WORD LIMIT FOR THE REPLY BRIEF</u>**

Pursuant to Federal Circuit Rule 26(b), plaintiff-appellant, Smith-Cooper

International, Inc. ("SCI"), respectfully requests that the Court grant an enlargement

to the word limit for SCI's reply brief in these appeals to 10,000 words. The reply brief is currently due on June 1, 2023, and is limited under the Court's rules to 7,000 words. SCI has not previously requested an enlargement to the word limit. SCI's counsel conferred with counsel for plaintiff-appellant SIGMA Corporation ("SIGMA") and defendant-appellee United States, and each consented by email on May 24, 2023 to SCI's request.

Good cause exists to grant the relief requested. On April, 18, 2023, the United States obtained an enlargement to the word limit applicable to its response brief to 18,000 words. *See* Order Granting Government's Motion, Docket Entry No. 22. In its response brief, the Government availed itself of 17,320 words of the 18,000 words granted. Government Response Brief, Docket Entry No. 25. Given the voluminous nature of the Government's response brief, covering numerous procedural issues and questions of law and fact presented by the relevant administrative and court proceedings below, an enlargement of the word limit is necessary for SCI to provide a complete, thorough reply addressing each of these topics. Granting SCI's motion will thus benefit the Court in its disposition of the instant appeal, insomuch as it will provide SCI the opportunity to address the full array of issues and questions before the Court.

For these reasons, SCI respectfully requests that the Court enlarge the word limit for its reply brief in this appeal to 10,000 words.

Respectfully submitted,

/s/ Gregory S. McCue
Gregory S. McCue
Zachary Simmons

STEPTOE & JOHNSON LLP
1330 Connecticut Avenue N.W.
Washington, DC 20036
(202) 429-6421

*Counsel to Smith-Cooper*
*International, Inc.*

May 24, 2023

## **CERTIFICATE OF COMPLIANCE**

Pursuant to Rule 27(d)(2)(A) of the Rules of the United States Court of Appeals for the Federal Circuit, plaintiff-appellant Smith Cooper International Inc.'s counsel certifies that this motion complies with the Court's type-volume limitation rules. According to the word count calculated by the word processing system with which this motion was prepared, the motion contains a total of 259 words.

/s/ Gregory S. McCue