NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**VANDEWATER INTERNATIONAL INC.,**
*Plaintiff*

**SMITH-COOPER INTERNATIONAL, INC., SIGMA CORPORATION,**
*Plaintiffs-Appellants*

v.

**UNITED STATES,**
*Defendant-Appellee*

**ISLAND INDUSTRIES,**
*Defendant*

---

2023-1093, 2023-1141

---

Appeals from the United States Court of International Trade in No. 1:18-cv-00199-LMG, Senior Judge Leo M. Gordon.

---

**ON MOTION**

---

Before LOURIE, *Circuit Judge*.

**O R D E R**

Smith-Cooper International, Inc. ("SCI") moves for leave to exceed the word limit for its reply brief (ECF No. 30) by 3,000 words.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is denied, and ECF No. 30 is not accepted for filing. Within 21 days from the date of filing of this order, SCI is directed to file a corrected reply brief with no more than 7,000 words.

FOR THE COURT

June 21, 2023  /s/ Jarrett B. Perlow
Date  Jarrett B. Perlow
Acting Clerk of Court