

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT
717 MADISON PLACE, N.W.
WASHINGTON, D.C. 20439

JARRETT B. PERLOW
CLERK OF COURT

CLERK'S OFFICE
202-275-8000

2023-1093 - Vandewater International Inc. v. US

**NOTICE TO ADVISE OF SCHEDULING CONFLICTS OF ARGUING COUNSEL**

Briefing is completed in this case. Within <u>seven days</u> of this notice, arguing counsel must complete and file a [Response to Notice to Advise of Scheduling Conflicts](#) advising of any scheduling conflicts during the following upcoming court session months: **2023: October, November, December** and **2024: January, February, March**. Non-arguing counsel should not advise of scheduling conflicts.

**Calendar of Sessions.** Arguing counsel should review the [Calendar of Sessions](#) on the court's website for the specific dates of each session. <u>Arguing counsel should only advise of conflicts with scheduled court dates and not dates when the court is not scheduled to sit.</u>

**Limitation on Conflicts.** To ensure the timely scheduling of argument in this case, arguing counsel is limited to identifying scheduling conflicts for only <u>ten days</u> during the above session months. Arguing counsel must also <u>show good cause</u> for each identified scheduling conflict. Conflicts without a sufficient showing of good cause will not be considered. Counsel is advised that the unavailability of a client or non-arguing counsel is an insufficient basis for showing good cause.

FOR THE COURT

July 19, 2023

/s/ Jarrett B. Perlow
Jarrett B. Perlow
Clerk of Court
By: A. Kleydman, Deputy Clerk