NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**VANDEWATER INTERNATIONAL INC.,**
*Plaintiff*

**SMITH-COOPER INTERNATIONAL, INC., SIGMA CORPORATION,**
*Plaintiffs-Appellants*

v.

**UNITED STATES,**
*Defendant-Appellee*

**ISLAND INDUSTRIES,**
*Defendant*

---

2023-1093, 2023-1141

---

Appeals from the United States Court of International Trade in No. 1:18-cv-00199-LMG, Senior Judge Leo M. Gordon.

---

**ON MOTION**

---

PER CURIAM.

# ORDER

Upon consideration of Sigma Corporation's unopposed motion for leave to file an entry of appearance for Christopher M. Curran as counsel,

IT IS ORDERED THAT:

The motion is granted. The entry of appearance (ECF No. 69) is accepted for filing.

FOR THE COURT

March 18, 2024
Date

Jarrett B. Perlow
Clerk of Court