NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**VANDEWATER INTERNATIONAL INC.,**
*Plaintiff*

**SMITH-COOPER INTERNATIONAL, INC., SIGMA CORPORATION,**
*Plaintiffs-Appellants*

v.

**UNITED STATES,**
*Defendant-Appellee*

**ISLAND INDUSTRIES,**
*Defendant*

---

2023-1093, 2023-1141

---

Appeals from the United States Court of International Trade in No. 1:18-cv-00199-LMG, Senior Judge Leo M. Gordon.

---

**ON MOTION**

---

Before DYK, MAYER, and REYNA, *Circuit Judges.*

PER CURIAM.

The United States moves unopposed for leave to withdraw the appearance of Meen Geu Oh and for Anne M. Delmare to substitute as principal counsel.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted. The entry of appearance is accepted for filing.

FOR THE COURT

October 8, 2024
Date

Jarrett B. Perlow
Clerk of Court