NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

————————————

**VANDEWATER INTERNATIONAL INC.,**
*Plaintiff*

**SMITH-COOPER INTERNATIONAL, INC., SIGMA CORPORATION,**
*Plaintiffs-Appellants*

**v.**

**UNITED STATES,**
*Defendant-Appellee*

**ISLAND INDUSTRIES,**
*Defendant*

————————————

2023-1093, 2023-1141

————————————

Appeals from the United States Court of International Trade in No. 1:18-cv-00199-LMG, Senior Judge Leo M. Gordon.

————————————

## ON PETITION FOR PANEL REHEARING AND REHEARING EN BANC

————————————

Before MOORE, *Chief Judge*, MAYER[1], LOURIE, DYK, PROST, REYNA, TARANTO, CHEN, HUGHES, STOLL, CUNNINGHAM, and STARK, *Circuit Judges*.[2]

PER CURIAM.

# O R D E R

Sigma Corporation and Smith-Cooper International, Inc. filed a combined petition for panel rehearing and rehearing en banc. The petition was referred to the panel that heard the appeal, and thereafter the petition was referred to the circuit judges who are in regular active service.

Upon consideration thereof,

IT IS ORDERED THAT:

The petition for panel rehearing is denied.

The petition for rehearing en banc is denied.

FOR THE COURT

May 23, 2025
Date

Jarrett B. Perlow
Clerk of Court

---

[1]    Circuit Judge Mayer participated only in the decision on the petition for panel rehearing.

[2]    Circuit Judge Newman did not participate.